DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CAESAR DOUGLAS, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2616

_____

May 13, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Stephen Whyte, Judge.

PER CURIAM.

Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.